UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
JENNIFER NOTARFRANCESCO,             :
                                     :          26cv131 (DLC)
                      Plaintiff,     :
                                     :          ORDER
         -v-                         :
                                     :
GREEN LED LIGHTING SOLUTIONS, LLC,   :
                                     :
                      Defendant.     :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

On January 7, 2026, the plaintiff filed a complaint against Green LED Lighting Solutions, LLC ("Green LED Lighting") for copyright infringement.  On February 3, the plaintiff filed an affidavit indicating that Green LED Lighting had been served on January 13 via hand delivery to one of its employees, Alex Wise, a "warehouse manager."

It is not clear whether service has been completed on Green LED Lighting, or which provision of federal or New York law relevant to service of process the plaintiff intends to invoke. Rule 4(h), Fed. R. Civ. P., provides for service "to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process."  The plaintiff has not specified whether she believes the warehouse manager satisfies one of these criteria.  Accordingly, it is hereby

ORDERED that by **February 20, 2026,** the plaintiff shall complete service on Green LED Lighting, and shall file an explanation not to exceed two pages of how service was completed and which provision of federal or New York law relevant to service of process she believes has been satisfied.

Dated:    New York, New York
          February 5, 2026

_____
DENISE COTE
United States District Judge

2