UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JENNIFER NOTARFRANCESCO,              :
                                      :          26cv131 (DLC)
                      Plaintiff,      :
                                      :             ORDER
          -v-                         :
                                      :
GREEN LED LIGHTING SOLUTIONS, LLC,    :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    An Order of February 5, 2026 directed the plaintiff to, by

February 20, 2026, complete service on the defendant and file an

letter regarding how service was completed and which provision

of federal or New York law relevant to service of process she

believes has been satisfied.  The plaintiff having failed to

file such a document, it is hereby

    ORDERED that a hearing shall be held on **March 3, 2026** at

**2:30 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York

10007, during which plaintiff's counsel shall appear to explain

why this case should not be dismissed for a failure to

prosecute.

Dated:    New York, New York
          February 24, 2026

                              _____
                                      DENISE COTE
                              United States District Judge