```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JENNIFER NOTARFRANCESCO,                 :
                                         :        26cv131 (DLC)
                      Plaintiff,         :
                                         :        ORDER
           -v-                           :
                                         :
GREEN LED LIGHTING SOLUTIONS, LLC,       :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A show cause hearing was held on March 3, 2026 at 2:30 p.m. For the reasons stated on the record at the hearing, it is hereby

ORDERED that the initial pretrial conference scheduled for March 6, 2026 at 11:30 a.m. is adjourned to **April 17, 2026** at **2:30 p.m.**

IT IS FURTHER ORDERED that, no later than **March 13, 2026,** plaintiff's counsel shall file two affidavits regarding the alleged service of process in this case: (1) an affidavit from Dmitriy Ishimbayev identifying the basis for his personal knowledge that the recipient of the summons and complaint "informed the processes server that he was authorized to receive service of process on the company's behalf," as Mr. Ishimbayev represented in a February 25, 2026 letter, and (2) an affidavit

from the processes server regarding the conversation he had with the recipient, Alex Wise.

IT IS FURTHER ORDERED that, in the event that the defendant does not file an answer or responsive motion by **April 3, 2026,** the plaintiff may move for a default judgment pursuant to this Court's Individual Practices, no later than **April 17,** and the initial pretrial conference scheduled for 2:30 p.m. that day shall be adjourned sine die.

Dated:    New York, New York
          March 3, 2026

_____
DENISE COTE
United States District Judge

2