UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JENNIFER NOTARFRANCESCO,                 :
                                         :              26cv131 (DLC)
                       Plaintiff,        :
                                         :              ORDER
           -v-                           :
                                         :
GREEN LED LIGHTING SOLUTIONS, LLC,       :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     The plaintiff having requested a default judgment and filed

an affidavit certifying service of the defendant by mail on May

1, 2026, it is hereby

     ORDERED that the plaintiff shall serve this Order on the

defendant on or before **May 8, 2026** by certified overnight mail

and shall file proof of such service on ECF.

     ORDERED that a default judgment hearing will be held at the

pretrial conference on **May 21, 2026** at **3:30 p.m.** in Courtroom

18B, 500 Pearl Street, New York, New York.  Failure of the

defendant to appear will result in a default or a default

judgment.

Dated:    New York, New York
          May 1, 2026

                              _____
                                        DENISE COTE
                              United States District Judge