UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
JENNIFER NOTARFRANCESCO,                :
                                        :          26cv131 (DLC)
                            Plaintiff,  :
                                        :          ORDER
            -v-                         :
                                        :
GREEN LED LIGHTING SOLUTIONS, LLC,      :
                                        :
                            Defendant.  :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the default judgment hearing scheduled for May 21 is moved to **May 20, 2026** at **2:30 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of the defendant to appear will result in a default or a default judgment.

IT IS FUTHER ORDERED that the plaintiff shall serve this Order on the defendant on or before **May 14, 2026** by certified overnight mail and shall file proof of such service on ECF.

Dated:    New York, New York
          May 12, 2026

_____
                DENISE COTE
          United States District Judge