IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Jennifer Notarfrancesco,

**Plaintiff,**

v.

Case No. 1:26-cv-131

Green LED Lighting Solutions, LLC,
d/b/a LEDNeonFlex,

**Defendant.**

---

## [PROPOSED] DEFAULT JUDGMENT

This matter having come before the Court upon the motion of Plaintiff Jennifer Notarfrancesco for default judgment against Defendant Green LED Lighting Solutions, LLC d/b/a LEDNeonFlex pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2; upon consideration of the Complaint (ECF No. 1) and exhibits thereto, the affirmations of service, the Clerk's Certificate of Default, the Declaration of Dmitriy Ishimbayev with exhibits, the Declaration of Jennifer Notarfrancesco with exhibits, the Memorandum of Law in support, and all other papers submitted herewith; and Defendant having been duly served, having failed to appear, answer, move, or otherwise defend, and the Clerk having entered its default; and no opposition having been filed; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

**1. Default Judgment of Liability.** Default judgment is hereby entered in favor of Plaintiff Jennifer Notarfrancesco and against Defendant Green LED Lighting Solutions, LLC d/b/a LEDNeonFlex on Plaintiff's claim for copyright infringement under 17 U.S.C. §§ 106 and 501.

1

**2. Permanent Injunction.** Pursuant to 17 U.S.C. § 502 and Federal Rule of Civil Procedure 65(d), Defendant Green LED Lighting Solutions, LLC d/b/a LEDNeonFlex, and its officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are PERMANENTLY ENJOINED from: (a) reproducing, displaying, distributing, publishing, transmitting, altering, modifying, cropping, watermarking, branding, licensing, sublicensing, transferring, or otherwise using the four photographs identified in the Complaint as DSC_4078, DSC_4090, DSC_4092, and DSC_4133, registered with the United States Copyright Office under Registration No. VA 2-457-779 (the "Photographs"), in any form or medium; and (b) authorizing, inducing, or assisting any third party to engage in any of the foregoing acts. Defendant shall further undertake commercially reasonable efforts to recall the Photographs from any third-party distributor, reseller, or recipient to whom Defendant supplied the Photographs as marketing material, and shall file with the Court and serve on Plaintiff a written certification of compliance with this paragraph within thirty (30) days of entry of this Order.

**3. Actual Damages.** Plaintiff is awarded actual damages under 17 U.S.C. § 504(b) in the amount of $ _20,000.00_

**4. Profits / Inquest.** Plaintiff's request for Defendant's profits attributable to the infringement under 17 U.S.C. § 504(b) is REFERRED to the assigned Magistrate Judge for an inquest and, if ~~dk~~ appropriate, limited post-default discovery directed to revenues and profits reasonably related to Defendant's infringing marketing uses of the Photographs.

2

**5. Prejudgment Interest.** Plaintiff is awarded prejudgment interest on the actual-damages award, calculated from June 4, 2025 through the date of entry of this Judgment, at the rate prescribed by 28 U.S.C. § 1961.

**6. Costs.** Pursuant to Federal Rule of Civil Procedure 54(d)(1) and 17 U.S.C. § 505, Plaintiff is awarded her taxable costs of suit, in an amount to be determined upon submission of a bill of costs in accordance with Local Civil Rule 54.1.

**7. Post-Judgment Interest.** Post-judgment interest shall accrue on all amounts awarded under this Judgment at the rate prescribed by 28 U.S.C. § 1961.

**8. Retention of Jurisdiction.** The Court retains jurisdiction over this action and the parties for purposes of enforcing this Judgment, including the permanent injunction set forth in Paragraph 2.

**SO ORDERED.**

Dated: _May 20_, 2026
     New York, New York

_____
**Hon. Denise L. Cote**
United States District Judge

3